AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2022 MAR 24 PM 4:38

CLERK
BY _EH_
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL RUIZ | ) | Case No. 2:22-MJ-34-1-2 |
| and | ) | |
| JOEL IVAN CAQUIAS AVILES | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2022__ in the county of __Rutland__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Knowingly and intentionally conspired with each other and others to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Joseph Dornbrierer, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/24/2022

_____
Judge's signature

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
Printed name and title